[No. 13059-9-II.   Division Two.   October 8, 1990.]

ALUMINUM COMPANY OF AMERICA, ET AL, *Respondents,* v. CLARK COUNTY NATURAL RESOURCES COUNCIL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-2-02087-1, J. Dean Morgan, J., entered June 27, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 10800-7-III.   Division Three.   October 9, 1990.]

JAMES E. WEITZEL, ET AL, *Appellants,* v. RABANCO LTD., *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 86-2-00351-3, James R. Thomas, J., entered May 24, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.

[No. 10646-2-III.   Division Three.   October 9, 1990.]

UNITED SERVICES AUTOMOBILE ASSOCIATION, *Respondent,* v. ROGER L. MARLATT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-17248-1, Solie M. Ringold, J. Pro Tem., entered December 20, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.